UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Paul "Pee Wee" Burroughs, III, ) | C/A No.: 3:11-2133-JFA-PJG |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| James Burroughs, Sr.; Mamie B. DuPree; ) | |
| and Paul Burroughs, Jr., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The *pro se* plaintiff brings this action alleging that the defendants, who may be members of his extended family, have stolen his identity and have been falsifying statements.

The Magistrate Judge assigned to this action[1] has prepared a thorough Report and Recommendation and opines that this action should be summarily dismissed for lack of subject matter jurisdiction. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

The plaintiff was advised of his right to file objections to the Report and Recommendation, which was entered on the docket on September 30, 2011. However, the plaintiff did not file any objections. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

1

2

recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, and the Report and Recommendation, this court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. The Report is incorporated herein by reference.

Accordingly, this action is dismissed without prejudice and without issuance and service of process.

IT IS SO ORDERED.

October 20, 2011  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge